# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:04CR00486-01** |
| ) | |
| **Sharon HARPER** ) | |
| ) | |

## LEGAL HISTORY:

On March 10, 2005,  the above-named was placed on Probation for a period of 5 years. Special conditions included: Financial disclosure/restrictions; Do not dissipate any assets without approval; and No new credit/debt.

## SUMMARY OF COMPLIANCE:

She has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Ms. Harper has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:   Sharon HARPER**
**      Docket Number:   2:04CR00486-01**
**      RECOMMENDATION TERMINATING**
**      PROBATION PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

                        Respectfully submitted,


                         /s/ Deborah A. Spencer
                        **DEBORAH A. SPENCER**
                        **Supervising United States Probation Officer**

Dated:      August 8, 2007
            Elk Grove, California
            DAS/cj


cc:   AUSA Philip A. Ferrari (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:04CR00486-01** |
| ) | |
| **Sharon HARPER** ) | |
| ) | |

On March 10, 2005, the above-named was placed on probation for a period of 5 years. She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:     August 8, 2007
           Elk Grove, California
           DAS/cj

**RE:  Sharon HARPER**
**Docket Number:   2:04CR00486-01**
**ORDER TERMINATING PROBATION**
<u>**PRIOR TO EXPIRATION DATE**</u>

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

<u>8/30/07</u>
**Date**

**Kimberly J. Mueller**
**United States Magistrate Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office